UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  | Case No. CV 15-03538-AB (GJSx) |
|---|---|
| Aaron Lofist et al | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| City of Los Angeles, et al | |
| Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 8, 2017

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE