# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LOFIST and DEIRDRE MEHMOOD<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES and DOES 1 through 100, inclusive.<br><br>Defendants. | **CASE NO.: CV15-03538 AB (GJSx)**<br>*Hon. Andre Birotte Jr.,- Ctrm. 4, 2nd Fl.*<br>*Hon. Mag. Gail J. Standish – Ctrm. 640, 6th Fl.*<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action against Defendants, **CITY OF LOS ANGELES, BRITTANY ELENES, YUDIT MARTINEZ, KEVAN BEARD, ABEL CEPEIDA, BRANDON ROACH, WILLIAM HINES and ERICK SANDOVAL,** is dismissed, with prejudice in its entirety. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

*IT IS SO ORDERED.*

DATED: August 1, 2017    **HONORABLE ANDRÉ BIROTTE JR.**
**UNITED STATES DISTRICT JUDGE**

1